STATE v. KARBAS

No. 49 PC.

Case below: 28 N.C. App. 372.

Petition for discretionary review under G.S. 7A-31 denied 6 April 1976.

STATE v. LEWIS and WILLIAMS

No. 91 PC.

Case below: 28 N.C. App. 591.

Petition for discretionary review under G.S. 7A-31 denied 6 April 1976.

STATE v. LITTLE

No. 89 PC.

Case below: 28 N.C. App. 729.

Petition for discretionary review under G.S. 7A-31 denied 5 April 1976.

STATE v. McNEIL

No. 47 PC.

Case below: 28 N.C. App. 347.

Petition for discretionary review under G.S. 7A-31 denied 6 April 1976.

STATE v. PORTEE

No. 84 PC.

Case below: 28 N.C. App. 507.

Petition for discretionary review under G.S. 7A-31 denied 6 April 1976.